**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
Case No.:**

JAMES WHELPLEY, individually and
on behalf of A.W., a minor
,

    Plaintiff,

v.

COMENITY BANK, a/k/a
COMENITY CAPITAL BANK

    Defendant.
_____/
_____

**IN THE CIRCUIT COURT FOR THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR LEE COUNTY FLORIDA**

JAMES WHELPLEY, individually and
on behalf of A.W., a minor

    Plaintiff,

v.                                                   Case No.: 18-CA-002126

COMENITY BANK, a/k/a
COMENITY CAPITAL BANK

    Defendants
_____/

**DEFENDANT'S NOTICE AND PETITION FOR REMOVAL**

**TO:**    The Honorable Judges of the United States District Court for the Middle District of Florida.

COME NOW, Defendant and Petitioner for removal, Comenity Bank ("Defendant"), and with reservation of all rights, hereby remove from the Twentieth Judicial Circuit in and for Lee

County, Florida, the proceeding entitled and captioned: ***James Whelpley v. Comenity Bank***, **Case No.:** 18-CA-002126, on the basis of federal question jurisdiction.

The Petition is based on the following grounds:

1. Defendant/Petitioner, has been named as Defendant in a civil action brought against them in the Twentieth Judicial Circuit in and for Lee County, Florida, the proceeding entitled and captioned: ***James Whelpley v. Comenity Bank,*** **Case No.:** 18-CA-002126. A copy of the Statement of Claim served in that action, in addition to all process and pleadings served upon Defendant/Petitioner, is attached hereto as Exhibit "A".

2. The aforesaid action was commenced by service of process consisting of the Summons and Complaint, upon Defendant, on May 24, 2018.

3. The controversy herein between the Plaintiff and Defendant, is a controversy based upon consumer protection right created by and enforced through federal statutes, 47 U.S.C. § 227, *et seq.*, entitled the Telephone Consumer Protection Act.

4. The above-described action is a civil action over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331, and is one that may be removed to this Court by the Defendants/Petitioners pursuant to the provisions of 28 U.S.C. § 1441(a), in that it is a civil action based upon a federal question over which this Court has original jurisdiction.

5. This Petition for Removal is filed with this Court within thirty (30) days after service on Defendant of the Statement of Claim in the above-styled action and is, therefore, timely pursuant to 28 U.S.C. § 1446 (b).

WHEREFORE Defendants respectfully request that the above entitled action be removed from the Twentieth Judicial Circuit in and for Lee County, Florida, to the United States District for the Middle District of Florida for all further proceedings.

        Respectfully submitted by:

/s/ Dale T. Golden
/s/ Charles J. McHale
**GOLDEN SCAZ GAGAIN, PLLC**
Dale T. Golden, Esquire
FBN: 0094080
Charles J. McHale, Esquire
FBN: 0026555
201 North Armenia Avenue
Tampa, FL 33609
Phone: 813-251-5500
Fax: 813-251-3675
Email: dgolden@gsgfirm.com
Email: cmchale@gsgfirm.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Charles J. McHale
**GOLDEN SCAZ GAGAIN, PLLC**
Charles J. McHale, Esquire
FBN: 0026555