```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                  FORT MYERS DIVISION
```

JAMES     WHELPLEY,     an
individually and on behalf
of A.W., a minor,

       Plaintiff,

v.                                Case No:  2:18-cv-433-FtM-99MRM

COMENITY BANK,

       Defendant.
_____

## ORDER

This matter comes before the Court on plaintiffs' Unopposed Motion for Leave to Amend and Remand (Doc. #38) filed on August 12, 2019. Plaintiffs seek leave to file and serve an Amended Complaint, for remand of the case. The motion is unopposed.

On June 18, 2018, defendant removed the case on the basis of the federal question presented in Count IV of the Complaint (Doc. #2) under the Telephone Consumer Protection Act. Plaintiffs now seek to file an Amended Complaint that presents no claims under federal law, and to identify the correct party after a deposition helped established that "Comenity Bank" is a separate and distinct entity from "Comenity Capital Bank", and both are wholly owned subsidiaries of Comenity LLC. Counsel for defense represents both entities, and therefore has no objection to the motion.

In cases where a responsive pleading has been filed, "a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). The Court finds that plaintiff has shown good cause to amend, the amendment is unopposed, and justice requires allowing the amendment.

"If at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded." 28 U.S.C. § 1447(c). The Court may later remand a case for a lack of subject matter jurisdiction even if the case was properly removed in the first instance. Powerex Corp. v. Reliant Energy Servs., Inc., 551 U.S. 224, 232 (2007). The Court finds that remand based on the lack of subject matter jurisdiction over the Amended Complaint is appropriate.

Accordingly, it is hereby

**ORDERED:**

1. Plaintiffs' Unopposed Motion for Leave to Amend and Remand (Doc. #38) is **GRANTED** and the Court accepts the Amended Complaint (Doc. #39) as the operative pleading.
2. The Clerk is directed to remand the case to the Circuit Court of the Twentieth Judicial Circuit, in and for Lee County, Florida, and to transmit a certified copy of this Order to the Clerk of that Court.

3. The Clerk is further directed to terminate all pending motions and deadlines, and to close the case.

**DONE and ORDERED** at Fort Myers, Florida, this __13th__ day of August, 2019.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record